## VINCENT v. TEXAS

No. 79–5962.   Argued November 5, 1980—Decided December 9, 1980

*Robert D. McCutcheon,* by appointment of the Court, 446 U. S. 934, argued the cause and filed a brief for appellant.

*Douglas M. Becker,* Assistant Attorney General of Texas, argued the cause for appellee.   With him on the brief were *Mark White,* Attorney General, *John W. Fainter, Jr.,* First Assistant Attorney General, and *W. Barton Boling* and *Dawn Bruner,* Assistant Attorneys General.

PER CURIAM.

The appeal is dismissed for want of a properly presented federal question.

THE CHIEF JUSTICE and JUSTICE POWELL would dismiss for want of jurisdiction.